# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-50025-001-TUC-JAS (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Joe Jimmy Ruiz-Morazan, | |
| Defendant. | |

For the reasons as stated at the Status hearing on 5/2/2018 and for good cause appearing,

IT IS ORDERED that the Magistrate Judge Findings and Recommendation (Docket entry #12) is GRANTED and the Petition to Revoke Supervised Release, as to the above case, is DISMISSED.

IT IS FURHTER ORDERED that the US Marshal Service release the defendant from custody as to this case only.

Dated this 2nd day of May, 2018.

Honorable James A. Soto
United States District Judge